Case 4:16-cv-01452   Document 20   Filed in TXSD on 09/27/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HONG-NGOC NGUYEN §<br>§<br>§<br>v. §<br>§<br>§<br>ASI LLOYDS AND SPENCER BOOTH §<br>§ | CIVIL ACTION NO. 4:16-cv-01452 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Hong-Ngoc Nguyen ("Plaintiff"), and Defendants, ASI Lloyds and Spencer Booth ("Defendants"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendants.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 27 day of Sept, 2016.

By: _____
PRESIDING JUDGE

Agreed:
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A

Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEY FOR DEFENDANTS, ASI LLOYDS AND SPENCER BOOTH**

AND

*Ana Ene*

Richard D. Daly
Texas Bar No. 00796429
Ana M. Ene
Texas Bar No. 24076368
Daly & Black
2211 Norfolk St. Suite 800
Houston, TX 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
**ATTORNEY FOR PLAINTIFF, HONG-NGOC NGUYEN**